**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ERIC CONSTANT,**

      **Plaintiff,**

      **v.**                **Case Number 2:25-cv-1512**
                               **Judge Edmund A. Sargus, Jr.**
**DR. ANDREW WEEMS,** *et al.*,      **Magistrate Judge Chelsey M. Vascura**

      **Defendants.**

## ORDER

This matter is before the Court on Plaintiff Eric Constant's Motion to Stay Pending R.C. 2743.02 Personal Immunity Determination. (ECF No. 11.)

In November 2025, Plaintiff sued Defendants Dr. Andrew Weems and Resilient Medical Corp. (*dba* The Weems Lab) in the Athens County Court of Common Pleas, bringing claims for disability discrimination, failure to accommodate, and retaliation under Section 504 of the Rehabilitation Act of 1973, the Americans with Disabilities Act, and Ohio law. (ECF No. 1-1.) According to the Complaint, Plaintiff was enrolled at Ohio University as a postgraduate student and worked for Dr. Weems at Resilient Medical Corp. as a graduate research assistant. (*Id.* ¶¶ 1, 4.) Dr. Weems was employed by Ohio University and owned and operated Resilient Medical Corp. (*Id.* ¶ 2.) Plaintiff alleges that Defendants failed to accommodate his diagnosis of multiple sclerosis and discriminated and retaliated against him based on that diagnosis. (*See generally id.*) Defendants removed the lawsuit to federal court. (ECF No. 1.)

A month before filing suit in the Athens County Court of Common Pleas, Plaintiff sued Ohio University in the Ohio Court of Claims based on the same events underlying this case.[1] (ECF No. 6-1); *Constant v. Ohio Univ.*, Ohio Court of Claims Case No. 2025-00875JD. On January 26, 2026, Plaintiff filed a Motion for Personal Immunity Determination as to Dr. Weems in the Ohio Court of Claims. (ECF No. 11-1); *Constant*, Ohio Court of Claims Case No. 2025-00875JD. The Ohio Court of Claims scheduled an evidentiary hearing for September 30, 2026, to determine whether Dr. Weems is entitled to civil immunity pursuant to R.C. 2743.02(F) and 9.86. *Constant*, Ohio Court of Claims Case No. 2025-00875JD.

Plaintiff asks this Court to stay the instant action pending the immunity determination in the Ohio Court of Claims, which will address whether Dr. Weems was acting within the scope of his employment with Ohio University as to certain actions taken in this matter. (ECF No. 11, PageID 187.) Neither Defendant Dr. Weems nor Defendant Resilient Medical Corp. oppose Plaintiff's request for a stay. (ECF No. 11, PageID 185; ECF No. 13.)

For good cause shown, the Court **GRANTS** (ECF No. 11) Plaintiff Eric Constant's Motion to Stay Pending R.C. 2743.02 Personal Immunity Determination. This case is **STAYED** until after the decision of the Ohio Court of Claims on the immunity hearing currently scheduled for September 30, 2026. *Constant v. Ohio Univ.*, Ohio Court of Claims Case No. 2025-00875JD. The Parties are **ORDERED** to file a joint status report upon such decision or six months from the date of this Order, whichever is earlier.

---

[1] The Court takes judicial notice of Plaintiff's Ohio Court of Claims case: *Constant v. Ohio Univ.*, Ohio Court of Claims Case No. 2025-00875JD. *See, e.g.*, *Harris v. Sowers*, No. 2:16-cv-888, 2022 WL 1637564, at *2 n.1 (S.D. Ohio May 24, 2022) (Graham, J.).

3

The Court **DENIES without prejudice** to refiling after the stay has been lifted (ECF No. 6) Defendant Dr. Andrew Weems's Motion to Dismiss for Failure to State a Claim and (ECF No. 8) Defendant Resilient Medical Corp.'s Motion to Dismiss for Failure to State a Claim.

**IT IS SO ORDERED.**

4/28/2026____
DATE

s/Edmund A. Sargus, Jr._____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE